The Honorable Ricardo S. Martinez
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARAMJEET SINGH,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Respondents. | No. C19-1376-RSM-MAT<br><br>JOINT STIPULATION AND [~~proposed~~] ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR: Today |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on August 29, 2019, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on December 18, 2019, Petitioner was removed from the United States.

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1376-RSM-MAT)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

WHEREAS the parties agree that Petitioner's removal rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 2nd day of January, 2020.

BRIAN T. MORAN
United States Attorney


*/s Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1376-RSM-MAT)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

SO STIPULATED.

DATED this 2nd day of January, 2020.

*/s Gregory Murphy*
GREGORY MURPHY, WSBA #36733
Federal Public Defender's Office
1601 5th Ave, Ste 700
Seattle , WA 98101
(206) 553-1100
Attorney for Petitioner

## **ORDER**

IT IS SO ORDERED.

DATED this 6th day of January, 2020.

Mary Alice Theiler
United States Magistrate Judge

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-1376-RSM-MAT)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**